■ In the Matter of JESSICA M.L., Appellant, v ERIE COUNTY CHILDREN'S SERVICES, Respondent. (Appeal No. 2.) [812 NYS2d 906]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered September 17, 2004 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for visitation.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Saafir A.M.* ([appeal No. 1] 28 AD3d 1217 [2006]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Green and Hayes, JJ.

■ In the Matter of the Adoption of KAYLA K., an Infant. KATHY J. et al., Respondents; LISSETTE R. (T.), Appellant. [813 NYS2d 689]—Appeal from an order of the Family Court, Oneida County (Matthew J. Ogonowski, J.H.O.), entered March 4, 2005. The order adjudged that respondent abandoned the child and directed the adoption to proceed.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Scudder, Kehoe, Green and Hayes, JJ.